# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED
08 JUN 18 AM 11: 04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

W. Samuel Hamrick, Jr.
Clerk of Court
BY: _____ DEPUTY

May 30, 2008

E-filing

CV 08 2866 MHP (PR)

United States District Court
Northern District of California
Phillip Burton United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Re: Morgan vs. Curry, Case No. 08CV0661-JAH(NLS)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: __J. PETERSEN_____
J. Petersen, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF _____
AND ASSIGNED CASE NUMBER _____

_____ CLERK, U.S. DISTRICT COURT

By: _____, Deputy